344 A.2d 464

JUSTIN J. POWELL, INC., Appellant,

v.

Alice B. WIAN, Executrix of the Estate of Willard F. Wian, and as an Individual, and Humble Oil and Refining Company.

Supreme Court of Pennsylvania.

Argued June 27, 1975.

Decided Oct. 3, 1975.

Carl A. Belin, Jr., Belin, Belin & Naddeo, Clearfield, for appellant.

John R. Miller, Bellefonte, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## ORDER

PER CURIAM.

Decree affirmed. Each side to pay own costs.

JONES, C. J., did not participate in the consideration or decision of this case.